UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**PEDRO ANTONIO MIRALRIO GONZALEZ,**

    *Petitioner*,

v.                                                                                  Case No. 5:25-CV-1156-JKP

**SYLVESTER ORTEGA, Acting Field Office
Director of Enforcement and Removal
Operations, San Antonio Field Office,
Immigration and Customs Enforcement; et al.,**

    *Respondents*.

## ORDER DIRECTING SERVICE AND ANSWER/RESPONSE

On September 15, 2025, Pedro Antonio Miralrio Gonzalez, by and through counsel, filed a *Petition for a Writ of Habeas Corpus*, asserting jurisdiction under the Suspension Clause of the United States Constitution; the general grant of habeas authority, 28 U.S.C. § 2241; federal question jurisdiction, 28 U.S.C. § 1331. *See* ECF No. 2. He has paid the $5.00 filing fee required for habeas actions. Pursuant to 28 U.S.C. § 2243, Petitioner has also moved for issuance of an order to show cause. *See* ECF No. 1. The Court **DENIES** that motion but issues this order instead.

Pursuant to Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rules"), the Court will apply the Habeas Rules to the instant petition filed under 28 U.S.C. § 2241. Those rules, furthermore, supplant the three-day provision of 28 U.S.C. § 2243, and "[t]he discretion accorded by Rule 4" of the Habeas Rules "prevails over the strict time limits of 28 U.S.C. § 2243." *Castillo v. Pratt*, 162 F. Supp. 2d 575, 576 (N.D. Tex. 2001) (citation and internal quotation marks omitted); *accord Beaird v. Joslin*, No. 3:05-CV-1833-K-BH, 2006 WL 2473338, at *2 (N.D. Tex. Aug. 11, 2006) (recommendation of Mag. J.) *accepted by* 2006 WL 2459378 (N.D. Tex. Aug. 22, 2006).

Pursuant to Habeas Rule 4, the Court hereby **ORDERS** Respondents to file an Answer to the Petition within thirty days from the date of this order, answering in substance as required by Habeas Rule 5(b) ("The answer must address the allegations in the petition."). Respondents, of course, can raise any jurisdictional issue or other asserted basis for not reaching the merits of the underlying habeas petition. The Court requests respondents to caption the Answer appropriately and not as a Motion to Dismiss, Motion for Summary Judgment, or other such motion seeking judgment as a matter of law.

**IT IS FURTHER ORDERED** that, pursuant to Habeas Rule 5(e), Petitioner may file a reply brief to Respondents' Answer within thirty days from date of service of the Answer.

**IT IS FURTHER ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition (ECF No. 2) and this order, and that such delivery by certified mail return receipt requested shall constitute sufficient service of process on Respondent Kristi Noem, Secretary of the Department of Homeland Security. Absent further order of the Court, the Court will consider such delivery as sufficient service of process upon all Respondents.

**IT IS SO ORDERED this 18th day of September 2025.**

*/s/ Jason Pulliam*
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**