UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**PEDRO ANTONIO MIRALRIO GONZALEZ,**

    *Petitioner*,

v.                                    Case No. 5:25-CV-1156-JKP

**SYLVESTER ORTEGA, Acting Field Office
Director of Enforcement and Removal
Operations, San Antonio Field Office,
Immigration and Customs Enforcement; et al.,**

    *Respondents*.

## O R D E R

Before the Court Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 10).

Respondents are **ORDERED** to file a response to the motion **no later than Tuesday, November 25, 2025, at 4:00 p.m**. Petitioner shall have seven days from the date the responses are filed to file a reply.

**IT IS ORDERED** that any possible or anticipated removal or transfer is **IMMEDIATELY STAYED** until further order from this Court. Respondents shall not transfer Pedro Antonio Miralrio Gonzalez outside of this judicial district during the pendency of this litigation and until further Order of this Court allowing removal or transfer.

**IT IS ORDERED** the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with a copy of the Motion for Temporary Restraining Order (*ECF No. 10*) and this Order by CM/ECF and by certified mail, return-receipt requested, which shall constitute sufficient service on all Respondents, unless otherwise contested.

**IT IS SO ORDERED** this 19th day of November 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE